# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILMINGTON TRUST, N.A., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, *et al.*, <br><br> Defendants. | 2:16-cv-02756-RFB-VCF <br> **ORDER** |

Before the Court is SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 9).

Pursuant to 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to opposed as passed. Here, it would seem that the other parties have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 9) is GRANTED.

DATED this 27th day of January, 2017.

_____ <br>
CAM FERENBACH <br>
UNITED STATES MAGISTRATE JUDGE