DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; GIAVANNA HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | Case No. 2:16-cv-02756-RFB-VCF<br><br>**ORDER GRANTING MOTION TO SERVE MASHELLE CLARK aka SHELLY CLARK BY PUBLICATION**<br><br>**-and-**<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| GIAVANNA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company,<br><br>Third-Party Defendant. | |

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

|   |   |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4; MASHELLE CLARK aka SHELLY CLARK, an individual, , | |
| Counter/Cross Defendants. | |

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, MASHELLE CLARK aka SHELLY CLARK ("Clark") has been issued [ECF No. 22]; that Cross-Defendant, Clark is a necessary party; and that Cross-Defendant Clark cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, MASHELLE CLARK aka SHELLY CLARK, cannot now be found so as to be personally served, she may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation, pursuant to FRCP 4(e)(1) and NRCP 4(e)(1).

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Clark, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered

///

///

///

to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 19th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*