Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff The Wilmington Trust, N.A., Successor Trustee to Citibank, N.A., as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; GIAVANNA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02756-RFB-VCF<br><br>**STIPULATION AND ORDER TO 1) DISMISS WITH PREJUDICE WILMINGTON TRUST, N.A., SFR INVESTMENTS POOL 1, LLC, GIAVANNA HOMEOWNERS ASSOCIATION; AND ABSOLUTE COLLECTION SERVICES, AND 2) LIFT STAY ENTERED APRIL 4, 2018** |

DMWEST #18330765 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| GIAVANNA HOMEOWNERS ASSOCIATION, | |
| Third Party Plaintiff, | |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, | |
| Third Party Defendant. | |

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4; MASHELLE CLARK aka SHELLY CLARK, an individual, | |
| Counter/Cross Defendants. | |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant Wilmington Trust, N.A., Successor Trustee to Citibank, N.A., as Trustee F/B/O Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4 (the "Trustee"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), Giavanna Homeowners Association ("Giavanna"), and Absolute Collection Services, LLC ("Absolute") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 5434 Stelle Amore Street, North Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on September 17, 2013, with respect to the Property.

2

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20060330-0002376 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims among them, and further agreed that the claims among them, including the Complaint, Counterclaim, and Third Party Complaint shall be DISMISSED with prejudice;

4. As Mashelle Clark aka Shelly Clark ("Clark") never filed an Answer or other response to the Complaint in this action, the Trustee hereby voluntarily dismisses its claims against her pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. This Stipulation in no way affects SFR's cross-claim against Clark;

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 201702230002798 be, and the same hereby is, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on February 8, 2017 pursuant to this Court's Order [ECF No. 15] shall be discharged and released to the Ballard Spahr LLP Trust Account.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

9. The Parties further agree to lift the stay entered April 4, 2018 [ECF No. 45];

10. This case shall remain open until such time as SFR resolves its pending cross-claim against Clark; and

(*Remainder of Page Intentionally Left Blank*)

3

DMWEST #18330765 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

11. Each party in this case number 2:16-cv-02756-RFB-VCF shall bear its own attorneys' fees and costs.

Dated this December 10, 2018.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ Justin A. Shiroff<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Justin A. Shiroff<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff* | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| BOYACK ORME & ANTHONY | ABSOLUTE COLLECTION SERVICES, LLC |
| By: /s/ Christopher B. Anthony<br>Edward D. Boyack<br>Nevada Bar No. 5229<br>Christopher B. Anthony<br>Nevada Bar No. 9748<br>7432 W. Sahara Ave<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Giavanna Homeowners Association* | By: /s/ Shane Cox<br>Shane D. Cox<br>Nevada Bar No. 13852<br>8440 West Lake Mead Blvd., Ste 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Absolute Collection Services, LLC* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of December, 2018.

4

DMWEST #18330765 v1