AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILMINGTON TRUST, N.A.,

                                          **DEFAULT JUDGMENT**

                    Plaintiff,

          v.                              Case Number: 2:16-cv-02756-RFB-NJK

SFR INVESTMENTS POOL 1, LLC et al,


                    Defendants.


---

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of SFR against Mashelle Clark. IT IS FURTHER DECLARED that Mashelle Clark and any of her successors and assigns have no right, title or interest in the property and that SFR is the rightful title owner of the property.


5/5/2020                                    DEBRA K. KEMPI
Date                                        Clerk

                                             /s/ J. Callo
                                            Deputy Clerk